IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| VICTOR ROSARIO,<br><br>    Plaintiff,<br><br>v.<br><br>Lowell Police Officers HAROLD G. WATERHOUSE, JOHN GIUILFOYLE, GARRETT SHEEHAN, JOHN R. NEWELL, GEORGE H. GENTLE, JOSEPH M. McGARRY, LARRY B. McGLASSON, WILFRED DOW, JOHN R. MYERS, and UNKNOWN OFFICERS OF THE LOWELL POLICE DEPARTMENT; WILLIAM M. GILLIGAN and UNKNOWN MEMBERS OF THE LOWELL FIRE DEPARTMEN; Massachusetts State Police Officer DAVID A. COONAN, and UNKNOWN OFFICERS OF THE MASSACHUSETTS STATE POLICE; and the CITY OF LOWELL,<br><br>    Defendant, | C.A. 19-CV-10532-LTS |

## **NOTICE OF APPEARANCE OF KERRY REGAN JENNESS**

TO THE CLERK:

    Kindly enter my appearance as attorney for Defendant, Garrett Sheehan.

                        Respectfully submitted by:

                        Defendant,
                        CITY OF LOWELL,

                        /s/ *Kerry Regan Jenness*
                        Kerry Regan Jenness, First Assistant City Solicitor
                        BBO #650849
                        City of Lowell—Law Department
                        375 Merrimack Street, 3rd Floor
                        Lowell MA 01852-5909
                        (978) 674-4050
                        [kjenness@lowellma.gov](mailto:kjenness@lowellma.gov)

July 27, 2020

CERTIFICATE OF SERVICE

       I certify that on July 27, 2020, I filed a copy of this document through the Electronic Case Filing System for filing and electronic service to the registered participants as identified on the Notice of Electronic Filing.

                                        /s/ Kerry Regan Jenness
                                        Kerry Regan Jenness, First Assistant City Solicitor