IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| VICTOR ROSARIO,<br><br>　　　　Plaintiff,<br><br>v.<br><br>HAROLD G. WATERHOUSE, *et al.*,<br><br>　　　　Defendants. | Case No. 1:19-cv-10532<br><br>Hon. Leo T. Sorokin,<br>District Judge<br><br>**JURY TRIAL DEMANDED** |

### NOTICE OF VIDEO DEPOSITIONS

PLEASE TAKE NOTICE THAT depositions of the following individuals will be taken on the following dates and times, and at the following places, at which you may appear if you so desire. As to counsel of record this is a demand upon to you to produce said Deponents:

| Name | Date | Time | Recording Method | Location |
|---|---|---|---|---|
| John Guilfoyle | August 31, 2020 | 9:00 a.m. | Stenography & Videography | Via Zoom Videoconference |
| Wilfred E. Dow | September 1, 2020 | 9:00 a.m. | Stenography & Videography | Via Zoom Videoconference |
| Garrett Sheehan | September 2, 2020 | 9:00 a.m. | Stenography & Videography | Via Zoom Videoconference |
| Harold G. Waterhouse | September 3, 2020 | 9:00 a.m. | Stenography & Videography | Via Zoom Videoconference |

　　　　　　　　　　　　　　　　RESPECTFULLY SUBMITTED,

　　　　　　　　　　　　　　　　**VICTOR ROSARIO**

　　　　　　　　　　　　　　　　By:　 /s/ Mark Loevy-Reyes
　　　　　　　　　　　　　　　　　　　*One of Plaintiff's Attorneys*

Arthur Loevy*
Jon Loevy*
Steven Art*
Tara Thompson*
Mark Loevy-Reyes*
Debra Loevy
LOEVY & LOEVY
311 N. Aberdeen St.
3rd Floor
Chicago, IL 60607
(312) 243-5900
mark@loevy.com
* Admitted *pro hac vice*

## CERTIFICATE OF SERVICE

I, Mark Loevy-Reyes, an attorney, hereby certify that on July 17, 2020, I served the foregoing **Notice of Video Depositions** by electronic mail to all counsel of record.

/s/ Mark Loevy-Reyes