

Mark Loevy-Reyes <mark@loevy.com>

# RE: Rosario v. Waterhouse, et al. - Notice of Depositions

**LaGrassa, Adam** <ALaGrassa@lowellma.gov>  Fri, Jul 31, 2020 at 11:47 AM
To: Mark Loevy-Reyes <mark@loevy.com>
Cc: Tara Thompson <tara@loevy.com>, Renee Spence <spence@loevy.com>, Steve Art <Steve@loevy.com>, Margaret Cunliffe <margaret@loevy.com>, Melisa Topic <melisa@loevy.com>, Monica Fuentes <monica@loevy.com>, "burkejared@gmail.com" <burkejared@gmail.com>, "Moeser, Stacie" <SMoeser@lowellma.gov>, "O'Connor, Christine" <CO'Connor@lowellma.gov>, "Hucksam Jr ,John R." <jhucksam@lowellma.gov>, "Gettings, Celine" <cgettings@lowellma.gov>, "Jenness, Kerry" <KJenness@lowellma.gov>

Mark—

Thanks for the call today. To confirm, as we indicated on the call we do have some serious concerns about the ability of the individual defendants to participate in video depositions at this time. However, we agree to reach out to each of them to have a more in depth conversation about whether it is something that could potentially be manageable for any of them and will plan to report back on this issue by the end of August.

[Quoted text hidden]