

Mark Loevy-Reyes <mark@loevy.com>

## RE: Rosario v. Waterhouse, et al. - Notice of Depositions

**Mark Loevy-Reyes** <mark@loevy.com>  Fri, Jul 31, 2020 at 11:59 AM
To: "LaGrassa, Adam" <ALaGrassa@lowellma.gov>
Cc: Tara Thompson <tara@loevy.com>, Renee Spence <spence@loevy.com>, Steve Art <Steve@loevy.com>, Margaret Cunliffe <margaret@loevy.com>, Melisa Topic <melisa@loevy.com>, Monica Fuentes <monica@loevy.com>, "burkejared@gmail.com" <burkejared@gmail.com>, "Moeser, Stacie" <SMoeser@lowellma.gov>, "O'Connor, Christine" <CO'Connor@lowellma.gov>, "Hucksam Jr ,John R." <jhucksam@lowellma.gov>, "Gettings, Celine" <cgettings@lowellma.gov>, "Jenness, Kerry" <KJenness@lowellma.gov>

Yes--thank you for conferring with me. I confirm that we agreed to gather more concrete information about any hurdles to remote depositions, and that I will reach out to you at the end of August to check on the status. Thanks again.

Mark

[Quoted text hidden]