IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| VICTOR ROSARIO, | Case No. 1:19-cv-10532 |
| Plaintiff, | |
| v. | Hon. Leo T. Sorokin, District Judge |
| HAROLD G. WATERHOUSE, *et al.*, | |
| Defendants. | **JURY TRIAL DEMANDED** |

## PLAINTIFF'S STATUS REPORT

Plaintiff Victor Rosario, under the Court's Orders (Dckt. 235, 240, 242, 248, 250, 252), presents this status report regarding Plaintiff's motion to depose a representative of the Middlesex District Attorney's office (MDAO) under Federal Rule of Civil Procedure 30(b)(6) (Dckt. 214, 229, 233) as follows:

1. On July 19, 2022, at the hearing on the above motion, Plaintiff and the MDAO reached a tentative agreement on a stipulation/declaration to resolve the issues presented in the motion. The parties to this issue advised the Court that they had to work out some details about the final language, and the Court ordered that a status report be filed on or before July 28, 2022.

2. On July 20, 2022, Plaintiff sent a proposed declaration to MDAO.

3. On July 28, 2022, the parties advised the Court that a family emergency delayed the MDAO's attorney from being able to respond to Plaintiff's proposal. Dckt. No. 249.

4. The Court ordered the parties to report back on the status on or before August 8, 2022. Dckt. No. 250.

5. On August 8, 2022, MDAO advised that the attorney in the office who had to review the proposed settlement language was on vacation until August 10, 2022, and that one or two additional approvals might be required. Dckt. No. 251.

6. Since the last status report on August 8, 2022, Plaintiff has not heard back from counsel for MDAO. Plaintiff sent an email to counsel for MDAO on August 7, 2022, inquiring if he had a chance to finalize approval, but has not heard anything in response. The parties have communicated by email previously.

7. Given the above, Plaintiff asks the Court to schedule a final hearing on the status of the proposed settlement of the issue, and if the matter is not resolved on or before that date, that the Court rule on Plaintiff's motion.

8. This is the last item of discovery in this case.

RESPECTFULLY SUBMITTED,

**VICTOR ROSARIO**

By: /s/ Mark Loevy-Reyes
*One of Plaintiff's Attorneys*

*Attorneys for Plaintiff*
Jon Loevy*
Debra Loevy, BBO No. 569212
Mark Loevy-Reyes, BBO No. 707974
Steven Art*
LOEVY & LOEVY
311 N. Aberdeen St.
Third Floor
Chicago, IL 60607
(312) 243-5900
(312) 243-5902 (fax)
mark@loevy.com
*Admitted *pro hac vice*

## **CERTIFICATE OF SERVICE**

I, Mark Loevy-Reyes, an attorney, hereby certify that on August 19, 2022, I filed the foregoing PLAINTIFF'S STATUS REPORT using the Court's CM/ECF system, which effected service on all counsel of record listed below.

/s/ Mark Loevy-Reyes
*One of Plaintiff's Attorneys*
