UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

VICTOR ROSARIO,

Plaintiff,

v.

HAROLD G. WATERHOUSE, et al.,

Defendants.

Case No. 1:19-cv-10532-LTS

Hon. Leo T. Sorokin,
District Judge

The Middlesex District Attorney's Office (MDAO), in response to this Court's Order (Dkt. 258) entered on September 12, 2022, reports that the matter between the plaintiff and the MDAO is resolved.

Respectively Submitted,
For the Commonwealth,

MARIAN T. RYAN
DISTRICT ATTORNEY

/s/ Howard P. Blatchford, Jr.

Howard P. Blatchford, Jr.
Assistant District Attorney
Office of the Middlesex District Attorney
15 Commonwealth Avenue
Woburn, MA 01801
BBO No. 045580
Tel. (781) 897-8447
howard.blatchford@state.ma.us

Dated: September 16, 2022

**CERTIFICATE OF SERVICE**

I, Howard P. Blatchford, Jr., an attorney, hereby certify that on September 16, 2022, I filed the foregoing Status Report of the Middlesex District Attorney using the Court's CM/ECF system, which effected service on all counsel of record.

/s/ Howard P. Blatchford, Jr.

Howard P. Blatchford, Jr.
Assistant District Attorney

Dated: September 16, 2022.