# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

---

VICTOR ROSARIO,

          Plaintiff,

vs.

Lowell Police Officers HAROLD G. WATERHOUSE, JOHN GUILFOYLE, GARRETT SHEEHAN, JOHN R. NEWELL, GEORGE H. GENTLE, JOSEPH M. McGARRY, LARRY B. McGLASSON, WILFRED DOW, JOHN R. MYERS, and UNKNOWN OFFICERS OF THE LOWELL POLICE DEPARTMENT; WILLIAM M. GILLIGAN and UNKNOWN MEMBERS OF THE LOWELL FIRE DEPARTMENT; Massachusetts State Police Officer DAVID A. COONAN, and UNKNOWN OFFICERS OF THE MASSACHUSETTS STATE POLICE; and the CITY OF LOWELL,

          Defendants.

---

C.A. 19-CV-10532-LTS

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE** that Shneur Z. Nathan, Esq., hereby appears as co-counsel for Defendants City of Lowell, Waterhouse, Guilfoyle, Sheehan, Newell, Gentle, McGarry, McGlasson, Dow, and Myers in this case.

[REMAINDER OF PAGE INTENTIONALLY LEF BLANK]

**PLEASE ALSO TAKE NOTICE** that from this date forward, future notifications should be additionally forwarded to the undersigned.

|  |  |
|---|---|
| Date:  October 6, 2022 | Respectfully submitted,<br><br>/s/ Shneur Z. Nathan<br>Nathan & Kamionski, LLP<br>33 W. Monroe Street, Suite 1830<br>Chicago, IL 60603<br>Telephone: (312) 612-1955<br>Email: snathan@nklawllp.com |

### CERTIFICATE OF SERVICE

This certifies that on October 6, 2022, a true and accurate copy of this Notice of Appearance was electronically filed with the Clerk of Court using the CM/ECF systems, which will serve all counsel of record.

Respectfully submitted,

/s/ Shneur Z. Nathan