IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| VICTOR ROSARIO, | ) | |
| | ) | Case No. 1:19-cv-10532 |
| Plaintiff, | ) | |
| | ) | Hon. Leo T. Sorokin, |
| v. | ) | District Judge |
| | ) | |
| HAROLD G. WATERHOUSE, *et al.*, | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| Defendants. | ) | |

**PLAINTIFF'S MOTION TO EXTEND TIME TO REOPEN**

Plaintiff Victor Rosario moves for an order to extend the time to reopen this matter under the Court's Settlement Order of Dismissal (Dckt. No. 304), as follows:

1. The parties reached a settlement after a settlement conference with Chief Magistrate Judge Kelley on April 25, 2023, subject to Defendant City of Lowell's City Council approval.

2. On May 2, 2023, Lowell's City Council approved the settlement, and the parties advised the Court.

3. On May 3, 2023, the Court entered a Settlement Order of Dismissal that granted Plaintiff leave to reopen the matter if the parties' settlement was not consummated. Dckt. No. 304.

4. The parties have reached agreement on settlement language and Plaintiff has executed the settlement documents.

5. The terms of the agreed upon settlement agreement state that the City of Lowell will pay the settlement terms on or before July 15, 2023.

6.     Plaintiff asks that the Settlement Order of Dismissal grant him until July 22, 2023 to reopen the matter should the settlement terms not be consummated.

WHEREFORE, Plaintiff respectfully asks that the Court modify its settlement order of dismissal to allow Plaintiff until July 22, 2023 to reopen this matter should the terms of the settlement not be consummated.

RESPECTFULLY SUBMITTED,

**VICTOR ROSARIO**

By: /s/ Mark Loevy-Reyes
*One of Plaintiff's Attorneys*

*Attorneys for Plaintiff*
Mark Loevy-Reyes, BBO No. 707974
Debra Loevy, BBO No. 569212
LOEVY & LOEVY
398 Columbus Avenue, #294
Boston, MA 02116
(312) 243-5900
mark@loevy.com

Jon Loevy*
Steve Art*
Locke Bowman*
Renee Spence*
Anne Prossnitz*
LOEVY & LOEVY
311 N. Aberdeen St., 3rd Floor
Chicago, Illinois 60607
(312) 243-5900
*Admitted *pro hac vice*

## **CERTIFICATE OF SERVICE**

I, Mark Loevy-Reyes, an attorney, hereby certify that on May 12, 2023, I filed the foregoing PLAINTIFF'S MOTION TO EXTEND TIME TO REOPEN using the Court's CM/ECF system, which effected service on all counsel of record listed below.

/s/ Mark Loevy-Reyes
*One of Plaintiff's Attorneys*